IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-cv-2218 |
| | ) |
| ESTATE OF MARYLIN J. BECK a/k/a | ) |
| MARILYN BECK, Deceased; *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING THE MORATORIUM REQUESTED BY THE
UNITED STATES OF AMERICA**

This matter having come to be heard upon the Motion by the Plaintiff, United States of America, that it filed in connection with the Presidentially declared COVID-19 National Emergency, asking that this Court impose in this case, a Moratorium staying all litigation in this case, commencing immediately upon entry of this Order, and continuing until May 18, 2020, for the reasons recited in said Motion; and this Court, for good cause shown, after having been fully advised in the premises, and for the reasons recited in the United States' instant Motion and in the Moratorium that was issued by the United States Department of Agriculture, that was submitted as part of that Motion: hereby Orders, Adjudges and Decrees that, commencing immediately upon entry of this Order, and continuing until May 18, 2020, there is a Judicial Moratorium prohibiting all litigation being conducted in this case, during this interim. It is further ordered that this Moratorium shall automatically terminate and litigation shall resume

on May 18, 2020, without further Court order, and that there is no just reason to either delay immediate enforcement of or appeal from entry of this Order.

ENTERED this __24th__ day of __March__ 2020.

s/COLIN S. BRUCE

COLIN STIRLING BRUCE
UNITED STATES DISTRICT JUDGE